FILED'07 JUL 13 11:31 USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

GREGG ADAMS, et al.,           )    Civil No. 05-3099-CL
                               )
        Plaintiffs,            )    **ORDER**
                               )
    v.                         )
                               )
WESTERN STATES INSURANCE       )
AGENCY, INC., et al.,          )
                               )
        Defendants.            )

**PANNER, Judge.**

On May 11, 2007, Magistrate Judge Clarke filed his Report and Recommendation (docket # 95), recommending that summary judgment be granted in favor of defendant Deans & Homer, Inc., and defendant Hudson Insurance Company. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). Although no objections have been timely filed, this court still must review the legal principles *de novo*. See Lorin Corp. v Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1983) (absence of objection does not relieve "district court of its obligation . . . to decide for itself whether the Magistrate's report is correct").

I find no error.

1 - ORDER

## Conclusion

Magistrate Judge Clarke's Report and Recommendation (docket # 95) is adopted.  The Motion (# 48) for Summary Judgment is granted as to defendant Deans & Homer, Inc., and defendant Hudson Insurance Company.

IT IS SO ORDERED.

DATED this ____ day of July, 2007.

_____
Owen M. Panner
United States District Judge

2 - ORDER